# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE:   Brianna Sanders                                )        Chapter 13
                                                        )        Case No. 18 B 26631
              Debtor(s)                                 )        Judge Deborah L. Thorne

## Notice of Motion

Brianna Sanders                                         Debtor Attorney: David M Siegel
2541 West 70th Street                                   via Clerk's ECF noticing procedures
Apt. 1
Chicago, IL  60629

On November 28, 2018 at 10:30 am, I will appear at the location listed to      > Dirksen Federal Building
the right, and present this motion.                                            > 219 South Dearborn
                                                                               > Courtroom 613
I certify under penalty of perjury that this office caused a copy of this      > Chicago, IL  60604
notice to be delivered to the persons named above by U.S. mail or by the
methods indicated on or before Tuesday, November 13, 2018.                   /s/ MARILYN O. MARSHALL
                                                                             _____
                                                                             MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.   Debtor(s) filed for Chapter 13 on 09/21/2018.

2.   The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

3.   The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

4.   The debtor(s) have failed to amend schedule I for new job and failed to provide current paystub or to otherwise correct the amount of income.

5.   The debtor(s) have failed to amend schedule B to list the value of their assets.

6.   The stay has been extended in this case and the debtor has failed to timely make their first plan payment.

7.   The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                        /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                      _____
Ste 800                                                 MARILYN O. MARSHALL, TRUSTEE
Chicago, IL  60604
(312) 431-1300